■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER CALDERON, Appellant. [732 NYS2d 176] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Reichbach, J.), rendered February 28, 2000, convicting him of robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court properly exercised its discretion in denying the defendant's motion pursuant to CPL 210.40 to dismiss the indictment in the interest of justice on the ground that he is a recovering heroin addict. The court engaged in a thorough analysis and consideration of the relevant factors and the circumstances of the defendant's case (*see,* CPL 210.40; *People v Clayton,* 41 AD2d 204), as well as a "sensitive balancing of the interests of the individual and of the People" (*People v Rickert,* 58 NY2d 122, 127). We agree with the court's conclusion that such relief was not warranted (*see, People v Clayton, supra*).

Furthermore, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Ritter, J. P., Florio, Feuerstein and Crane, JJ., concur.